

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 13, 2020

**By Email**

The Honorable Paul E. Davison
Chief United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    **Re:**    *United States v. Alberto Rivera,* **20 Mag. 10706**

Dear Judge Davison,

    In light of the arrest of the defendants Alberto Rivera in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

SO ORDERED 10/13/20

By: _____
    Jennifer N. Ong
    Assistant United States Attorney
    (914) 993-1926