UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Alberto Rivera

               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-mj-10706

Defendant Alberto Rivera hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

_Alberto Rivera_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Alberto Rivera_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Benjamin Gold_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_10/13/20_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge