UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Alberto Rivera

                                      Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

12-CR-111 ( )( )

Defendant __Alberto Rivera__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

____ Conference Before a Judicial Officer

(During a video conference on May 6, 2021, Alberto Rivera authorized Benjamin Gold to affix his electronic signature to this form).

*Alberto Rivera*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Alberto Rivera
_____
Print Defendant's Name

*Ben G*
_____
Defendant's Counsel's Signature

Benjamin Gold
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-7-2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge